USDC SCAN INDEX SHEET

















```
SWD   1/9/06    17:01
3:06-CV-00033   BENNION V. ALPHA PROJECT
*2*
*M.*
```

BENNION  CLARK
PLAINTIFF/PETITIONER/MOVANT'S NAME

PRISON NUMBER

FILED

06 JAN -6 PM 3: 19

CLERK. U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____  DEPUTY

PLACE OF CONFINEMENT
3102 FIRST AVE UNIT G'
SAN DIEGO, CA. 92103-5644
ADDRESS

# United States District Court
## Southern District Of California

BENNION, CLARK        ,
            Plaintiff/Petitioner/Movant

            v.

ALPHA PROJECT        ,
            Defendant/Respondent

Civil No. '06 CV 0033 IEG    JMA
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

**MOTION AND DECLARATION UNDER
PENALTY OF PERJURY IN SUPPORT
OF MOTION TO PROCEED IN FORMA
PAUPERIS**

I, _____ ,
declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated? ☐ Yes ■ No (If "No" go to question 2)
    If "Yes," state the place of your incarceration _____
    Are you employed at the institution?        ☐ Yes ☐ No
    Do you receive any payment from the institution?  ☐ Yes ■ No
    [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

CIV-67 (Rev. 2/05)                    K:\COMMON\FORMS\CIV-67

2. Are you currently employed? ☐ Yes ■ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name

   and address of your employer: _____

_____

_____

_____

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages

   and pay period and the name and address of your last employer. _____

_____

_____

_____

3. In the past twelve months have you received any money from any of the following sources?:

   a. Business, profession or other self-employment   ☐ Yes  ☐ No

   b. Rent payments, royalties interest or dividends   ☐ Yes  ☐ No

   c. Pensions, annuities or life insurance   ☐ Yes  ☐ No

   d. Disability or workers compensation   ☐ Yes  ☐ No

   e. Social Security, disability or other welfare   ■ Yes  ☐ No

   e. Gifts or inheritances   ☐ Yes  ☐ No

   f. Spousal or child support   ☐ Yes  ☐ No

   g. Any other sources   ☐ Yes  ☐ No

If the answer to any of the above is "Yes" describe each source and state the amount received and what you

expect you will continue to receive each month. $777.00  FROM SSI  PLUS $40.00

FOR THE  NEW  YEAR  of  2006

4. Do you have any checking account(s)? ■ Yes  ☐ No

   a. Name(s) and address(es) of bank(s): UNION BANK of CALIFORNIA

   b. Present balance in account(s): $1.00  810 E. AVENIDA PICO; SAN CLEMENTE CA 92673

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts? ■ Yes  ☐ No

   a. Name(s) and address(es) of bank(s): ~~$0~~ UNION BANK of CALIFORNIA

   b. Present balance in account(s): $0.00  CB

6. Do you own an automobile or other motor vehicle? ☐ Yes  ■ No

   a. Make: _____ Year: _____ Model: _____

   b. Is it financed? ☐ Yes  ☐ No

   c. If so, what is the amount owed? _____

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
   ☐ Yes   ☒ No
   If "Yes" describe the property and state its value._____

   _____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how
   much you contribute to their support._____

   _____

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable):_____

   _____

   _____

   _____

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks,
    savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone
    else's name]):_____

    _____

    _____

12. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income
    anywhere on this form, you must explain the sources of funds for your day-to-day expenses._____

    _____

    _____

**I declare under penalty of perjury that the above information is true and correct and understand that a
false statement herein may result in the dismissal of my claims.**

JAN. 6TH, 2006                    _____
DATE                                        SIGNATURE OF APPLICANT